JAMES E. HARPER
Nevada Bar No. 9822
**HARPER LAW GROUP**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Telephone: (702) 948-9240
Facsimile:  (702) 778-6600
Email: eservice@harperlawlv.com
*Attorneys for Plaintiffs*, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as Subrogee of STATION CASINOS, LLC. and STATION CASINOS, LLC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as Subrogee of STATION CASINOS, LLC; and STATION CASINOS, LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ANDREA ENGLAND DUKE,<br><br>                    Defendants. | 2:15-cv-02140<br><br><br>**JUDGMENT** |

   Pursuant to the Court's Order (ECF No. 13), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that The Clerk of the Court shall enter judgment against Defendant in the amount of $442,681.75 plus accrued interest from the date of the judgment until paid to Plaintiff Travelers Property Casualty Company of America.

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Travelers Property Casualty Company of America shall have fourteen days from the entry of the judgment to file and serve a bill of costs pursuant to LR 54-1.

///

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Travelers
2 Property Casualty Company of America shall have fourteen days from the entry of the judgment to
3 file and serve a motion for attorney's fees pursuant to LR 54-14.
4    IT IS SO ORDERED.
5    DATED June 10, 2016.

                                                                                   UNITED STATES DISTRICT JUDGE