1  JAMES E. HARPER
   Nevada Bar No. 9822
2  **HARPER LAW GROUP**
3  1707 Village Center Circle, Suite 140
   Las Vegas, Nevada 89134
4  Telephone: (702) 948-9240
   Facsimile:  (702) 778-6600
5  Email: eservice@harperlawlv.com
6  *Attorneys for Plaintiffs*, TRAVELERS PROPERTY
   CASUALTY COMPANY OF AMERICA as Subrogee
7  of STATION CASINOS, LLC. and STATION CASINOS, LLC.

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as Subrogee of STATION CASINOS, LLC; and STATION CASINOS, LLC, | 2:15-cv-02140 |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ANDREA ENGLAND DUKE, | |
| Defendants. | |

        Pursuant to the Court's Order (ECF No. 13), IT IS HEREBY ORDERED, ADJUDGED

AND DECREED that The Clerk of the Court shall enter judgment against Defendant in the amount

of $50,000.00 plus accrued interest from the date of the judgment until paid to Plaintiff Station

Casinos, LLC.

        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Station Casinos,

LLC shall have fourteen days from the entry of the judgment to file and serve a bill of costs

pursuant to LR 54-1.

///

1

1        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Station Casinos,

2    LLC shall have fourteen days from the entry of the judgment to file and serve a motion for

3    attorney's fees pursuant to LR 54-14.

4        IT IS SO ORDERED.

5        DATED June 10, 2016.

6

7                                       _____

8                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

JUDGMENT